UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00354-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MIGUEL GUZMAN,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, October 1, 2009,** and responses to these motions shall be filed by **Tuesday, October 13, 2009.**  It is

FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, at a future date.  It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, October 26, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated:  September 14, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge