UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00354-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MIGUEL GUZMAN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on October 9, 2009. **Accordingly, all pretrial filing deadlines and the jury trial set for Monday, October 26, 2009 are VACATED.  A Change of Plea hearing is set for Friday, November 13, 2009 at 3:00 p.m.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

Dated:  October 9, 2009