UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00354-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MIGUEL GUZMAN,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflicting trial, the Change of Plea Hearing set for Friday, November 13, 2009 at 3:30 p.m. is **VACATED and RESET for Friday, November 23, 2009 a 4:30 p.m.**

    Dated:  November 12, 2009